UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDI SALLS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL FEDEDERAL CREDIT UNION and DOES 1 through 100,<br><br>Defendants. | Case No.:  18-cv-11262-TSH<br><br>CLASS ACTION |

## PLAINTIFF BRANDI SALLS'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 12, 2019, at 3:00 p.m. in Courtroom No. 2 of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts, Plaintiff Brandi Salls will and hereby does hereby moves this Honorable Court for entry of an Order to:

1. certify the settlement class;

2. approve the Settlement Agreement reached between Plaintiff and Defendants attached as Exhibit 1 to the Declaration of Taras Kick in Support of the Unopposed Motion for Final Approval;

3. appoint Named Plaintiff Brandi Salls as the Representative of the Settlement Class;

4. appoint Richard McCune of McCune Wright Arevalo, LLP, and Taras Kick of The Kick Law Firm, APC, as counsel for the Settlement Class, and Sean T. O'Connell as Local Counsel;

1

5. appoint KCC Class Action Services, LLC, as the Settlement Administrator; and

6. award attorney's fees, costs, and incentive awards.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the accompanying Declaration of Taras Kick, the accompanying Declaration of Richard McCune, the accompanying Declaration of Arthur Olsen the accompanying Declaration of Robert Coomes, the accompanying Declaration of Robert Weissman, other documents and papers on file in this action, and such other materials as may be presented before or at the hearing on this motion, or as this Honorable Court may allow.

## LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff requests oral argument before this Court on her Motion for Final Approval of Class Action Settlement.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Plaintiff's counsel certifies that he has conferred with Defendant's counsel prior to filing this Motion and Defendant does not oppose this motion.

Dated: November 11, 2019

Respectfully submitted,
/s/ *Richard D. McCune*
Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
**MCCUNE • WRIGHT • AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Sean T. O'Connell, Esq., Bar No. 11341
soconnell@shaheengordon.com
Christine M. Craig, Esq., Bar No. 12842
ccraig@shaheengordon.com
**SHAHEEN & GORDON, P.A.**
P.O. Box 977
Dover, NH 03821-0977
(603) 749-5000

3

>Taras Kick, *Pro Hac Vice*
>taras@kicklawfirm.com
>**THE KICK LAW FIRM, APC**
>815 Moraga Drive
>Los Angeles, California 90401
>Telephone:   (310) 395-2988
>Facsimile: (310) 395-2088
>Counsel for Plaintiff Brandi Salls and the
>Putative Class

## **CERTIFICATE OF SERVICE**

I, Richard D. McCune, hereby certify that on the 11th day of November, 2019, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ *Richard D. McCune*

      Richard D. McCune